United States District Court
Southern District of Texas
**ENTERED**
May 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EZEQUIEL CELEDON NAVARRO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00239 |
| | § | |
| PAMELA BONDI, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On January 13, 2026, Petitioner Ezequiel Celedon Navarro ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1.   On March 25, 2026, Respondents filed an Advisory notifying the Court that the Immigration Court had scheduled a final merits hearing in Petitioner's removal proceedings on March 31, 2026, and the outcome of that hearing may bear on Petitioner's continued detention. Doc. #11.  Petitioner has not filed a response to the Advisory.

The parties are ORDERED to file a status report no later than May 25, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

_____
**MAY 1 9 2026**
Date

_____
The Honorable Alfred H. Bennett
United States District Judge